705 A.2d 740

IN THE MATTER OF JAMES F. BOYLAN,
AN ATTORNEY AT LAW.

February 3, 1998.

## ORDER

**JAMES F. BOYLAN** of **JERSEY CITY**, who was admitted to the bar of this State in 1988, having pleaded guilty to a one count federal information charging him with wire fraud, in violation of 18 *U.S.C.A.* 1343, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JAMES F. BOYLAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JAMES F. BOYLAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JAMES F. BOYLAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.